(No. 74-CC-714—)

R. HERSCHEL MFG. CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed July 10, 1974.*

R. HERSCHEL MFG. CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-737—)

JAMES EDWARD REDENBO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW EFORCEMENT, Respondent.

*Opinion filed July 10, 1974.*

JAMES REDENBO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.